UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSE ESTRADA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-372 |
| | § | |
| HOUSTON PIZZA VENTURE, LP, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached.  The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty (60) days after the entry of this order.

**It is so Ordered.**

SIGNED this 8th day of May, 2014.

_____
Gregg Costa
United States District Judge